IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARRYL BRIGGS**                                                                              **PETITIONER**
**ADC #087649**

VS.                                        **4:18CV00768-BRW**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                     **RESPONDENT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Mr. Briggs's § 2254 Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice.

A certificate of appealability will not be issued.

IT IS SO ORDERED, this 10th day of December, 2018.

                                                   /s/ Billy Roy Wilson
                                                 UNITED STATES DISTRICT JUDGE