IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DARRYL BRIGGS**                                                                 **PETITIONER**
**ADC #087649**

VS.                                        4:18CV00768-BRW

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

IT IS SO ORDERED, this 10th day of December, 2018.

                                          /s/ Billy Roy Wilson _____
                                          UNITED STATES DISTRICT JUDGE